COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: <u>ALEXANDRE PEREIRA    (J)</u>    CASE NO: <u>00-4030-SNOW</u>
AUSA: <u>BERTHA MITRANI  *pres*</u>    ATTY: <u>Bernardo Lopez</u>
AGENT: <u>SECRET SERVICE</u>    VIOL: <u>18:371; 1029</u>
PROCEEDING <u>I/A ON NEW COMPLAINT</u>    RECOMMENDED BOND <u>PTD</u>
BOND HEARING HELD - yes/no    COUNSEL APPOINTED <u>FPD</u>
____ BOND SET @ _____

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone;   x's a wk/month in person

3) Travel extended to:

*Deft advised of charges*
*sworn for apptm't*
*of counsel*

(Circle One)
Interpreter Request ✓
No Interpreter
Not Known
*Spanish*
(Specify Language)

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    (PTD)/BOND HRG: 2/16/10   BSS
    PRELIM/ARRAIGN: 2/22/11   BSS ✓
    REMOVAL HRG:
    STATUS CONF:

Date: 2-11-00    Time 11:00    FTL/LSS TAPE #00-<u>010</u>   Begin <u>786</u>   End: <u>1381</u>