UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4030-SNOW

UNITED STATES OF AMERICA, :

      Plaintiff, :

v. :

ALEXANDRE PEREIRA :

      Defendant. :



**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Florida Bar No. 838845
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the aforementioned motion was mailed on this 14th day of February, 2000 to Office of Assistant United States Attorney, Fort Lauderdale, Florida.

_____
Daryl E. Wilcox