UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   Case Number: CR _____
        Plaintiff )
       ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
Alexandre Pereira )
        Defendant

****************************************************

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 02/10/00    3:00    am/(pm)

(2) Language Spoken: English/Portugese

(3) Offense(s) Charged: 18 USC 1029 Access Device Fraud

(4) U.S. Citizen   [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 09/01/48

(6) Type of Charging Document: (Check one)
    [ ] Indictment   [X] Complaint To be filed/Already filed
        Case # _____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDOF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES   [ ] NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 02/10/00        (9) Arresting Officer: SA French

(10) Agency: US Secret Service        (11) Phone: 305/629-1800

(12) Comments: _____