UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4030-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDRE PEREIRA,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves to terminate the appointment of the Federal Public Defender as counsel for the Defendant, Alexandre Pereira, as the Defendant has retained Attorney Samuel J. Rabin, Jr. at 799 Brickell Plaza, Suite 606, Miami, Florida, 33131, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 838845
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)



## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this __16__ day of February, 2000 to Assistant United States Attorney Bertha Mitrani, 299 East Broward Blvd., Ft. Lauderdale, FL 33301; Michael D. Gelety, 1209 SE 3rd Avenue, Ft. Lauderdale, FL 33316.

Daryl E. Wilcox