UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE N° 00-4030 (SNOW)

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ALEXANDRE PEREIRA,

    *Defendant*.

                            /

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL

Notice is hereby given that SAMUEL J. RABIN, JR., ESQUIRE, enters his permanent appearance as counsel of record for Defendant, ALEXANDRE PEREIRA, in connection with pretrial proceedings and the trial of this cause before this Court. Pursuant to Rule 88.7 of the Local Rules of the Southern District of Florida, this appearance does not cover any collateral or appellate proceedings which may be related to this case. The clerk of this court is requested to send copies of all court notices pertaining to this cause to the undersigned.

                                                Respectfully submitted,

                                                SAMUEL J. RABIN, JR., P.A.
                                                799 Brickell Plaza, Suite 606
                                                Miami, FL 33131
                                                Tel: (305) 358-1064
                                                Fax: (305) 372-1644
                                                E-Mail: sjrlaw@bellsouth.net

                                                SAMUEL J. RABIN, JR.
                                                FLORIDA BAR N° 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2000, a true and correct copy of the foregoing was mailed to:

Bertha Mitrani
Assistant United States Attorney
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Daryll Wilcox
Federal Public Defender
299 East Broward Boulevard
Ft. Lauderdale, FL 33301



SAMUEL J. RABIN, JR.