

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch

UNITED STATES OF AMERICA

vs

Alexandre Pereira                                   ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S
Seltzer on  2-22-00  , where the Defendant was arraigned and
plea of NOT GUILTY was entered. Defendant and court appointed/retained
counsel of record will be noticed for trial by the District Court Judge
assigned to this case. The following information is current as of this date

DEFENDANT:                Address: __IN CUSTODY__

                          Telephone: _____

DEFENSE COUNSEL:          Name: __SAM RABIN__

                          Address: _____

                          Telephone: _____

BOND SET/CONTINUED:  $ __PTD ordered this date__

Bond hearing held: yes __X__ no ____  Bond hearing set for _____

Dated this __22__ day of __February__, 20 __00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK
By: _____
Deputy Clerk

Tape No. __00-014__

cc: Clerk for Judge
    U. S. Attorney