COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

DEFT: Alexandre Pereira (J)#          CASE NO: _00-6042-CR-Zloch_
                                               ~~00-4030-LSS~~

AUSA: Bertha Mitrani *present*        ATTNY: ~~FPD~~ SAM RABIN *present*

AGENT: _____        VIOL: _____

PROCEEDING: PTD HEARING/*arraignment* BOND REC: _____

BOND HEARING HELD — (yes)/no          COUNSEL A~~PPOINTED~~

___ BOND SET @ _____

CO-SIGNATURES: _____

FILED by ___ D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____

_____ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

3 audio tapes
2 order tapes
Gov't proceeds by proffer

PTD ordered

NEXT COURT APPEARANCE:     DATE:          TIME:          JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR ~~XXXXXXX~~ X
STATUS CONFERENCE: __3-8-00__    11:00am    LSS

DATE: 2-22-00    TIME: 10:00am    TAPE # 00-014    PG #

end 1:00pm    (1795-2800)    25