UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~00-4030-SNOW~~ 00-6042-CR-WJZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDRE PEREIRA,

    Defendant.

_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

This cause having come before the Court on the Defendant's motion for termination of appointment of counsel and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED in Fort Lauderdale, Florida, this 3rd day of ~~February~~ March, 2000.

~~LURANA SNOW~~
United States ~~Chief~~ Magistrate Judge

cc:    Daryl E. Wilcox, AFPD
        Bertha Mitrani, AUSA
        Samuel J. Rabin, Jr.

SCANNED