HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ALEXANDRE PEREIRA__    CASE NO: __00-6042-CR-ZLOCH__
AUSA __BERTHA MITRANI__ /Powell   ATTY __SAM RABIN__ - in trial
    pres
RICHARD MOORE, ESQ. FOR JONATHAN FREDERICKS

Disc given out in court. SS Indict
to be filed - motions due March 24  @ 760

DEFT __PAUL HOWELL__    CASE NO: __00-6023-CR-DIMITROULEAS__
AUSA __ROGER POWELL__ pres   ATTY __MIKE HURSEY__ pres

Disc out - 4 tapes - 4 to 5 day trial
possible plea - motions due March 15.  @ 907

DEFT __MARK NEUROHR__    CASE NO: __00-6029-CR-ROETTGER__
AUSA ~~TERRY THOMPSON~~ Matt Menchell /Powell   ATTY __RICHARD MOORE__ pres

Disc out - possible plea
motions due March 27.   @ 844

DEFT _____    CASE NO: _____
AUSA _____   ATTY _____

DEFT _____    CASE NO: _____
AUSA _____   ATTY _____

DEFT _____    CASE NO: _____
AUSA _____   ATTY _____

DATE __3/8/00__    TIME __11:00__

44