BRM:ass

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH(S)

IN RE: GRAND JURY 98-02 FTL )
_____ )

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the United States Secret Service with respect to the above-captioned matter until such time as the defendant is arrested or further order the Court. The government is requesting this indictment be sealed because it believes the defendant may flee if he becomes aware of the pending indictment.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
Facsimile:  (954) 356-7336



```
[docket  ]                    CIVIL/CRIMINAL                        [vdkttext]
4. Queries                      Docketing


 Docket #   : 0:00-cr-6042                                               BSS
 Short Title: USA              v. Pereira              PRIOR
 Type: cr      Judge: Zloch              Magistrate:
 ------------------------------------------------------------------------------


 ------------------------------------------------------------------------------

            Summary of Event that Created the Document

 Filed      Entry Date  Last Update    History ID     Docketed by
 4/6/00      4/7/00     **/**/**        3932931          lh
        +---------------------------------------------------------+
        SEALED DOCUMENT
```

Attached to D.E. # __49__

```
      +viewing docket text--------------------------------------+
 Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```