UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 99-6042-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALEXANDRE PEREIRA, | ) |
| JONATHAN FREDERICKS, | ) |
| a/k/a Jonathan Onwuemelie Fredericks, | ) |
| and | ) |
| HAROLD ROBINSON | ) |
| Defendant. | ) |

### ORDER TO SEAL

THIS CAUSE having come before the Court on the Government's Motion to Seal, and the Court being duly advised in the premises, it is hereby ORDERED AND ADJUDGED, that the Motion to Seal is GRANTED. The Clerk of the court is ordered to seal the attached Status Report Motion.

DONE and ORDERED this ___ day of April, 2000.

*Lurana S. Snow*
LURANA SNOW
UNITED STATES MAGISTRATE JUDGE



```
                          Case Selection
   Dkt type: cr   Case Number: 00-6042      Division: 0   FtLauderdale
   Title :  USA                     .V.  Pereira




   Filed      Entry Date  Last Update     History ID      Docketed by
   4/7/00      4/11/00    **/**/**         3936668            lh
   +-----------------------------------------------------------------+
        SEALED DOCUMENT



        +viewing docket text----------------------------------------+
   Transaction: kseal doc -/ -/ - - -

   Command mode (? for commands)
```

Attached to D.E. # 56