UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA,

v.

ALEXANDRE PEREIRA,
JONATHAN FREDERICKS,
a/k/a "Jonathan Onwuemelie Fredericks,"
and
HAROLD ROBINSON,

    Defendants.
_____/



### UNITED STATES' STATUS REPORT

### UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, reports that discovery has been served in the above-referenced matter, the case will take four to five days to try, and the United States is ready. Defense counsel have been served with copies of audio and video tapes together with corresponding transcripts, in compliance with the Court's March 8, 2000, Order pertaining to the use of tapes and transcripts at trial.

Please be advised, however, that on April 5, 2000, the Grand Jury returned a Superceding Indictment in the above-captioned case, which added two new defendants, and one new count. That Indictment is under seal pending arrest of the new defendants. The Superceding Indictment does not change any of the charges against defendants Harold ROBINSON or Jonathan FREDERICKS.



The government has been previously advised that both Harold ROBINSON or Jonathan FREDERICKS will likely resolve this matter by way of a change of plea.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

```
                          Case Selection
Dkt type: cr   Case Number: 00-6042     Division: 0   FtLauderdale
 Title :  USA                     .V.  Pereira




Filed      Entry Date  Last Update    History ID    Docketed by
4/7/00      4/11/00     **/**/**       3936672          lh
    +-------------------------------------------------------------+
       SEALED DOCUMENT



    +viewing docket text------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 52