FILED by

APR 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Alexandre Pereira

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-20-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: Sam Rabin

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 20 day of April, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-030

cc: Clerk for Judge
    U. S. Attorney