# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Alexandre Pereira (J)#  CASE NO: 00-6042-CR-Zloch

AUSA: Bertha Mitrani /Rosenbaum  ATTNY: Sam Rabin  *Woman from this office standing in*

AGENT: ___  VIOL: ___

PROCEEDING: Arraignment on SS Indictment  BOND REC: ___

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ✓

___ BOND SET @ ___

FILED APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
   ___ Electronic Monitoring ___

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

[signature stamp: Portuguese]

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___

DATE: 4-20-00  TIME: 11:00am  TAPE # 00-030  PG # 5

2260-2370

84