UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 24 2000

CASE NUMBER 00-6042-Cr-Zloch  DATE 4-24-00
CLERK Carline Newsky  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Alexandre Pereira, Jonathan Fredericks, Harold Robinson,

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Samuel Rabin

DEFENDANT: PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Pereira's ore tenus mtn for continuance granted - all time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

