UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

UNITED STATES OF AMERICA, :
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
ALEXANDRE PEREIRA, :
JONATHAN FREDERICKS, :
a/k/a "Jonathan Onwuemelie Fredericks," :
HAROLD ROBINSON, :
BELINDA MCNAIR, :
and :
CRYSTAL MCGEE, :
a/k/a/ "Krystal McGee," :
　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　:
_____/



## UNITED STATES' SECOND SUPPLEMENTAL RESPONSE

## TO THE STANDING DISCOVERY ORDER

　　　The United States hereby files this second supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

D.　　Defendant Jonathan FREDERICKS has been advised that his cooperation will be brought to the attention of the Court at the time of sentencing. In addition, agents of the United States Secret Service have appeared on behalf of Defendant Jonathan FREDERICKS at two state court hearings concerning Defendant Jonathan FREDERICKS' alleged violation of

probation. The agents did not testify at either hearing. However, the state prosecutor advised the state court judge of FREDERICKS' cooperation with the government in the investigation of this matter.

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By: _____
    Bertha R. Mitrani
    Assistant United States Attorney
    Florida Bar No. 88171
    500 East Broward Boulevard
    Fort Lauderdale, Florida 33394
    Tel: 954/ 356-7255
    Fax: 954/356-7336

cc:    Special Agent Caruso

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to by regular first class mail to counsel for the defendants on this 26th day of April, 2000:

Sam Rabin, Esq.
Counsel for Defendant Alexandre Pereira
Samuel Rabin Jr. P.A.
799 Brickell Plaza, Suite 606
Miami, Florida 33131

Richard Moore, Esq.
Counsel for Defendant Jonathan Fredericks
One Northeast Second Avenue
Ste 200, The White Building
Miami, Florida 33132

Alan R. Soven, Esquire
Law Offices of Alan R. Soven
1571 NW 13th Court
Miami, Florida 33125

Bertha R. Mitrani
Assistant United States Attorney