UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

v.

ALEXANDRE PEREIRA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | June 15, 2000 at 9:30 AM |

**CHANGE OF PLEA** - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 24. 2000

cc:
Bertha Mitrani, Esq., AUSA
Samuel Rabin, Esq.