UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALEXANDRE PEREIRA,

       Defendant.
_____/

## JOINT MOTION TO CONSOLIDATE

COMES NOW the Defendant, **ALEXANDRE PEREIRA,** by and through his undersigned attorney, and the United States of America by and through Assistant United States Attorney Bertha R. Mitrani, and move this Honorable Court to consolidate this case with Case № 00-6089-CR-ROETTGER.  As grounds therefor the Defendant avers as follows:

1.    The Defendant, **ALEXANDRE PEREIRA** is under indictment and awaiting trial in this case and in a similar case bearing a higher case number, 00-6089-CR-ROETTGER, pending before Sr. Judge Norman C. Roettger.

2.    The criminal conduct in the above-styled cause and in the case before Judge Roettger arise from a common scheme or plan and involve similar factual scenarios related to credit card fraud.

3.    The plea agreement covering both cases contemplated by the parties combines the amount of loss from both cases

4. The Defendant is presently cooperating and the cooperation he is rendering will be a subject covered in the sentencing hearings of both cases.

5. It would be in the interest of judicial economy and efficiency if these cases were to be consolidated as there would then be one plea colloquy, one presentence investigation report prepared and one sentencing event before one judge instead of two of these events if there were no such consolidation.

6. Pursuant to Local Rule 88.9, the undersigned attorney conferred with Assistant United States Attorney Bertha R. Mitrani about the subject of the instant motion. Ms. Mitrani authorized counsel to represent that she joins in the seeking the relief requested herein.

WHEREFORE, the defendants pray this Honorable Court will consolidate the above-styled cause with Case 00-6089-CR-ROETTGER, pending before Sr. Judge Norman C. Roettger, and thereupon preside over both nmatters.

Respectfully submitted,

| | |
|---|---|
| SAMUEL J. RABIN, JR., P.A.<br>Attorney for Defendant<br>799 Brickell Plaza, Suite 606<br>Miami, Florida 33131<br>Tel: (305) 358-1064<br>Fax: (305) 372-1644<br>sjrlaw@bellsouth.net<br><br>SAMUEL J. RABIN, JR.<br>Florida Bar № 273831 | THOMAS E. SCOTT, U.S. ATTY<br>By: BERTHA R. MITRANI<br>Assistant United States Attorney<br>299 E. Broward Boulevard<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 356-7255<br><br>BERTHA R. MITRANI<br>Florida Bar № 88171 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May 2000, a true and correct copy hereof was mailed to:

Bertha Mitrani
Assistant United States Attorney
299 E. Broward Boulevard
Ft. Lauderdale, FL 33301

\

SAMUEL J. RABIN, JR.