UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:    00-6042-CR-ZLOCH
00-6089-CR-ZLOCH

UNITED STATES OF AMERICA

v.

ALEXANDRE PEREIRA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | June 19, 2000, at 2:15 PM |

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT


BY DEPUTY CLERK

DATE: June 9, 2000


cc:
Bertha Mitrani, Esq., AUSA
Samuel Rabin, Esq.