UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6042-CR-Zloch / 00-6089-CR-Zloch    DATE 6-19-00

CLERK Carlme Newby    REPORTER Carl Schanzleh

PROBATION _____    INTERPRETER Ana Farias

UNITED STATES OF AMERICA v. Alexandre Pereira

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Samuel Rabin

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of 00-6042-CR & Count 1 of 00-6089-CR

RESULT OF HEARING Court will not accept pleas

JUDGMENT Court will not accept any pleas set the, Noon - Tues Aug 1, 2000 in Case No: 00-6042-CR-Zloch - Will send Case No: 00-6089-CR back to Judge Roettger, Jr

CASE CONTINUED TO 8-11-200    TIME 9:00    FOR Calendar Call

MISC _____