UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


JUL 2 7 2000

CASE NUMBER 00-6042-CR-Zloch    DATE 7-27-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    Portuguese INTERPRETER Maria Parravanti

UNITED STATES OF AMERICA v. Alexandre Pereira

U. S. ATTORNEY Bertha M. Frani    DEFT COUNSEL Samuel Rabin

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Ct 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Ct 1

JUDGMENT Court accepted plea & adjudged deft guilty to Ct 1

CASE CONTINUED TO 10-13-00    TIME 2:00    FOR Sentencing

MISC Written Plea Agreement

132