UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ALEXANDRE PEREIRA,

    *Defendant.*
_____/

## UNOPPOSED MOTION TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT OUT OF TIME

The Defendant, **ALEXANDRE PEREIRA**, by and through his undersigned counsel, and pursuant to Rule 47 of the Federal Rules of Criminal Procedure, moves this Honorable Court to permit him to file his pleading entitled "Defendant's Objections to the Presentence Investigation Report and Incorporated Memorandum of Law" out of time. As grounds therefore, the Defendant avers the following:

1.    The presentence investigation report was disclosed on September 7, 2000. Objections were due to be filed by September 22, 2000.

2.    The delay in filing the Objections to Presentence Investigation Report occurred for several reasons, including:

a.    Through inexplicable inadvertence, the deadline for filing objections was not calendared in the master calendar maintained by this office.

Page 1 of 3

Law Offices of Samuel J. Rabin, Jr., P.A., 799 Brickell Plaza, Suite 606, Miami, Florida 33131 • Telephone (305) 358 - 1064

  b. The associate responsible for preparing and filing these objections left her employment with this office and the new associate who assumed her responsibilities was unaware that objections to the presentence investigation report needed to be filed.

  c. Undersigned counsel was been bed-ridden for most of the week of September 25, 2000 with a flu-like illness. During his illness, counsel was under the treatment of physician, Douglas Miller, M.D., who can be reached at telephone number (305) 531-8643.

  d. Counsel has had telephone contact with Assistant U. S. Attorney Bertha Mitrani, the prosecutor assigned to this case, to attempt to resolve the issues, which are the subject of the motion, but to date that has not been accomplished.

  3. Pursuant to Local Rule 88.9, undersigned counsel spoke with Assistant U. S. Attorney Bertha Mitrani, who is responsible for this case and she indicated that she has no objection to the Court granting this motion.

  4. Obviously, should any party require additional time to respond to our objections we would have no objection to any delay so requested.

Law Offices of Samuel J. Rabin, Jr., P.A., 799 Brickell Plaza, Suite 606, Miami, Florida 33131 · Telephone (305) 358 - 1064

WHEREFORE, for good cause shown, undersigned counsel respectfully requests that this Court grant the Defendant's Motion to File Objections to the Presentence Investigation Report Out of Time.

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
799 Brickell Plaza, Suite 606
Miami, Florida 33131
Tel: (305) 358-1064
Fax: (305) 372-1644
Email: sjrlaw@bellsouth.net

SAMUEL J. RABIN, JR.
Florida Bar № 273831

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2000, a true and correct copy of the foregoing was mailed via First Class United States mail to:

Bertha Mitrani
Assistant United States Attorney
Office of the United States Attorney
299 E. Broward Boulevard
Ft. Lauderdale, Florida 33132        [Fax № 954-356-7336]

and

Kathryn Gomez
U. S. Probation Officer
200 S. Andrews Avenue, Rm. 406
Ft. Lauderdale, Florida 33301        [Fax № 954-769-5566]

SAMUEL J. RABIN, JR.

Page 3 of 3

Law Offices of Samuel J. Rabin, Jr., P. A., 799 Brickell Plaza, Suite 606, Miami, Florida 33131 · Telephone (305) 358 - 1064