UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.                                    Case No: 00-6042-CR-ZLOCH

ALEXANDRE PEREIRA                                    <u>ORDER</u>

    Defendant

FILED by ___
OCT 0 6 2000
CLARENCE MA[D]
CL[ERK U.S.] DIST.
[S.D. OF FLA. FT. LAUD]

THIS MATTER is before the Court upon the Unoposed Motion To File Objections To Presentence Investigation Report Out Of time (filed October 3, 2000). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Objections to the Presentence Investigation Report shall be filed on or before October 3, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of October, 2000.

                                    _/s/ William J. Zloch_
                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Samuel Rabin, Jr., Esq.
Probation