UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
OCT 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6042-CR-Zloch / 00-6089-CR-Zloch   DATE 10-13-00

CLERK Carlene Newby   REPORTER Carl Schanzleh

PROBATION Kathryn Cremer   INTERPRETER Maria Paravanti

UNITED STATES OF AMERICA v. Alexandre Pereira

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Samuel Rabin

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct accepts stipulation as to Role -
Ct finds substantial part of scheme occurred outside U.S.
00-6042 Ct 1 - 18 months custody of BOP - 3 yrs
Supervised Release as to each case to be served concurrently
00-6089 JUDGMENT Ct 1 - 18 months custody of BOP - to
be served concurrently with each

00-6042 $164,173.95 Restitution - $100 assessment
00-6089 $123,594.45 Restitution $100 assessment

CASE CONTINUED TO _____ TIME _____ FOR _____

Spec Cnds - Upon completion of imprisonment surrendered
MISC to INS for deportation proceedings. Not
to re-enter the U.S. w/o prior express permission
of A.G. - Now - Reporting if deported. Report
w/in 72 hrs if re-enters.

156