UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH



UNITED STATES OF AMERICA

     Plaintiff

     v.                         ORDER TO UNSEAL FILE

ALEXANDRE PERIEIRA

     Defendant

_____

     THIS MATTER is before the Court, sua sponte, and the Court having reviewed the court file and being otherwise fully advised in the premises, it is

     ORDERED AND ADJUDGED that all sealed documents in this cause shall be UNSEALED and placed in the court file.

     IT IS FURTHER ORDERED that the government shall provide a copy of this order to all counsel of record immediately upon receipt of this order and file notice of compliance.

     DONE AND ORDERED in chambers at Fort Lauderdale, Florida this _____ day of March, 2001.

                                      WILLIAM J. ZLOCH
                                    Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA