UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| ALEXANDRE PEREIRA, <br> JONATHAN FREDERICKS, <br> a/k/a "Jonathan Onwuemelie Fredericks," <br> HAROLD ROBINSON, <br> BELINDA MCNAIR, <br> and <br> CRYSTAL MCGEE, <br> a/k/a/ "Krystal McGee", | : |
| Defendants. | : |



## UNITED STATES' NOTICE OF COMPLIANCE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby gives notice that it has complied with the Court's Order of March 20, 2001, directing it to furnish a copy of that Order to all counsel of record in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Facsimile: 954/356-7336

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by regular first class mail to counsel for the defendants, as set forth below, on this 26th day of March, 2001,

| | |
|---|---|
| Samuel Rabin, Jr., Esquire<br>Samuel Rabin, Jr., P.A.<br>799 Brickell Plaza, Suite 606<br>Miami, Florida 33131 | Samuel Smargon, Esq.<br>Assistant Federal Public Defender<br>101 N.E. 3rd Avenue<br>Suite 202<br>Ft. Lauderdale, Florida 33301 |
| Richard A. Moore<br>Richard A. Moore, P.A.<br>Suite 200, The White Building<br>One Northeast Second Avenue<br>Miami, Florida 33132 | Ana M. Jhones, Esquire<br>Ana M. Jhones, P.A.<br>Bayside Plaza; Suite 625<br>330 Biscayne Boulevard<br>Miami, Florida 33132 |
| Abe Bailey<br>18350 N.W. 2d Avenue<br>Miami Florida 33169 | |

Bertha R. Mitrani
Assistant United States Attorney

2